NO CV 30

RICHARD LARA
PLAINTIFF IN PRO PER
3863 TOPAZ LANE
LA VERNE, CA 91750

(310) 764-1018

**FILED**

CLERK, U.S. DISTRICT COURT

2/14/2025

CENTRAL DISTRICT OF CALIFORNIA

BY _____ RYO _____ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RICHARD LARA,

     PLAINTIFF,

     vs.

FBI HEADQUATERS; NATIONAL SECURITY

AGENCY; CHISPA DATING; MATCH.COM;

CHRISTIAN MINGLE; EHARMONEY INC

DATING; BETTER BUSINESS BUREAU; AND

DOES 1 TO 10

     DEFENDANTS.

Case No.: 2:25-cv-01443-ODW(JPRx)

COMPLAINT FOR INJUNCTIVE RELIEF AND
DAMAGES FOR VIOLATIONS OF

1. INVASION OF PRIVACY

2. INTENTIONAL INFLICTION OF EMOTIONAL
DISTRESS

3. TRESPASS TO CONVERSION

Plaintiff RICHARD LARA ("Plaintiff") complains of Defendants (FBI

HEADQUATERS; NATIONAL SECURITY AGENCY; CHISPA DATING; MATCH.COM;

CHRISTIAN MINGLE; EHARMONEY INC DATING; BETTER BUSINESS BUREAU; AND

DOES 1 TO 10); and DOES 1 TO 10 ("Defendants") and alleges as follows:

## PARTIES

1. Plaintiff is a California resident and professional electrician with over twenty-years of

experience. Plaintiff is an expert in electrical practices and digital circuitry.

2. Defendant's are federal corporations and private entities to whom have all had a part in the 24/7 technological incarceration over the Plaintiff.

3. Plaintiff informed and believes, and thereon alleges that, at all relevant times, each of the Defendants were present when committing various tortious violations to the Plaintiff.

4. The true names and capacities, whether individual, corporate, associate or otherwise of Defendant, DOES 1 through 10, and each of them, are unknown to Plaintiff, who therefore sues Defendants by such fictitious names. Plaintiff will ask leave of court to amend this complaint when the true names and capacities have been ascertained. Plaintiff is informed and believes, and, based their own, alleges that each such fictitiously named Defendants are responsible in some manner, and therefore liable to plan it for the acts herein alleged.

5. Plaintiff is informed and believes, and thereon alleges that, at all relevant times, each of the Defendants was the agent, employee, or alter ego of each of the other Defendants, and/or was acting in concert with each of the other Defendants, and in doing the things alleged herein was acting with the knowledge and consent of the other Defendants and within the course and scope of such agency or employment relationship.

6. Whenever and wherever reference is made in this Complaint to any act or failure to act by a Defendant or Defendants, such allegations and references shall also be deemed to mean the acts and failures to act of each Defendant, acting individually, jointly, and severally.

## JURISDICTION AND VENUE

7. The Court has jurisdiction of this action pursuant to 28 USC §§ 1331.

8. Pursuant to pendant jurisdiction, attendant and related causes of action, arising from the same nucleus of operation facts, are also brought under California law, including, but not limited to, violations of California Civil Code §§ 1708.8.

9. Plaintiff's claims are authorized by 28 USC §§ 2201 and 2202.

10. Venue is proper in this court pursuant to 28 USC § 1391(b). The judicial district in which a substantial part of the events or omissions giving rise to the claim occurred located in this district, Los Angeles County, California, and that all actions complained of herein taken place in this district.

## FACTUAL ALLEGATIONS

11. In 2022, Plaintiff received a text message on his Verizon flip phone (FCCN ID BEJAX5000) during an HVAC installation at his family home parents which was the home the Plaintiff grew up in since that text came in his life completely changed after this text message.

12. Plaintiff's family home came under attack shortly after a small plane arrived when Plaintiff and his wife were putting up Christmas lights, she said that plane looks like it is going to fall; was low sounding like it was running out of gas. Plaintiff believed and said, "It's the government", it circulated back around and left; this was the start of the ongoing spying and interference of my personal life.

13. Plaintiff has since experienced ongoing harassment, including television distorting; television programs was showing him a version of murder; dead bodies, guns, and bloody scenes. They were giving him death threats through the digital circuit and reaching his digital devices; computers, phones, and televisions.

14. Since 2002, Plaintiff has been followed during daily activities, with individuals in vehicles trailing him, causing fear and distress. Plaintiff lived in a short dead-end street and a Chevy truck parked near his home. Plaintiff recognized the truck and began to approach it. The truck drove away right after he had a clear view at the drivers computer screen inside the truck. Plaintiff alleges the Defendants were stalking him in order to hack into his digital circuit board and corrupt his devices.

15. Plaintiffs professional life as an electrical troubleshooter has been severely impacted. For example, issues with refinancing his home led to lost documentation and repeated requests for nonexistent papers, creating financial stress. Plaintiff has lost mail multiple times and even after correctly mailing them they've been "returned to sender." His business leads vanished after receiving one or two phone calls from clients; he was unable to ever reach them again.

16. Plaintiff alleges that the Defendants have been involved in ongoing digital attacks on my devices, including:

a. Interference with personal and financial communications; their services interfering when calling his children. Plaintiff's digital devices do not work after only weeks of use. Plaintiff is not receiving incoming calls from his children or friends or business.

b. Unauthorized access to my personal information, resulting in financial and personal hardship and the loss of mail and personal information.

17. Plaintiff has been blacklisted on several dating platforms (e.g., Match.com, Christian Mingle), experiencing interference in his personal relationships. Plaintiff is blacklisted on the following apps Match.com, Christian Mingle, and Chispa. The harassment has followed after destroying his dating life; communication with individuals on these dating apps becomes unavailable after digital devices are hacked.

18. The invasion of privacy has caused severe emotional distress, impacting Plaintiffs ability to communicate with family and friends and the loss of multiple electronic devices.

## FIRST CAUSE OF ACTION

## INVASION OF PRIVACY

19. Plaintiff incorporates by reference each of the allegations in all prior paragraphs in this complaint.

20. Under California Civil Code §§ 1708.8(a), A person is liable for physical invasion of privacy when the person knowingly enters onto the land or into the airspace above the land of another person without permission or otherwise commits a trespass in order to capture any type of visual image, sound recording, or other physical impression of the Plaintiff engaging in a private, personal, or family activity and the invasion occurs in a manner that is offensive to a reasonable person. See California Civil Code §§ 1708.8(a).

21. Defendants have invaded Plaintiff's privacy as discussed in factual allegations. They have no basis or permission for the attack on Plaintiff's personal and business life. Plaintiff feels as he has been under the continuous attack of his rights and freedom for more than twenty years. Plaintiff has given Defendant no permission to enter into his private, personal, or family activity. Plaintiff has lost his family and relationships due to the Defendant's trespass into his electronic devices. Plaintiff has had multiple devices completely hacked and his personal information leaked; he have been under attack for twenty years.

## SECOND CAUSE OF ACTION

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

22. Plaintiff incorporates by reference each of the allegations in all prior paragraphs in this complaint.

23. California Civil Code §§ 1708.7 states," A person is liable for the tort of stalking when the plaintiff proves all of the following elements of the tort:

(a) The Defendants engaged in a pattern of conduct the intent of which was to follow, alarm, place under surveillance, or harass the plaintiff. In order to establish this element, the plaintiff shall be required to support his or her allegations with independent corroborating evidence.

(b) As a result of that pattern of conduct, either of the following occurred:

(c) The defendant, as a part of the pattern of conduct specified in paragraph (1), made a credible threat with either (2) the intent to place the plaintiff in reasonable fear for his or her safety, or the safety of an immediate family member.

24. The Defendant has engaged in an intentional pattern of conduct as discussed in the factual allegations. Plaintiff alleges being tracked for over twenty years; Defendants hacking Plaintiff's devices and spying on him. This has affected his personal and business life. Plaintiff has suffered severe emotional distress. As a result of the Defendant's intentional conduct; Plaintiff been placed in the fear for my safety. The Plaintiff's truck radio trucks radio has been hacked; the Defendants were speaking to him, making threats while he was driving his truck. Defendants hacked into the Ford F150 traction control and caused Plaintiff to wreck.

## THIRD CAUSE OF ACTION

## TRESPASS TO CONVERSION

25. Plaintiff incorporates by reference each of the allegations in all prior paragraphs in this complaint.

26. California Civil Code §§ 3336 states," The detriment caused by the wrongful conversion of personal property is presumed to be:

(a)The value of the property at the time of the conversion, with the interest from that time, or, an amount sufficient to indemnify the party injured for the loss which is the natural, reasonable and proximate result of the wrongful act complained of and which a proper degree of prudence on his part would not have averted; and

(b) A fair compensation for the time and money properly expended in pursuit of the property." California Civil Code §§ 3336.

27. Pursuant to the California Civil Code §§ 3336, I have suffered detriment caused by the wrongful conversion of property by the Defendant's. The complete value of multiple pieces of property have been diminished as the electrical circuit on my phones and computers have been completely blown after days of operation. This is due to the Defendant's illegal hacking into my devices.

28. Plaintiffs seeks fair compensation for the total value of the property for the time and money which was lost during the pursuit of this property. Plaintiff has purchased multiple new phones, computers, and televisions due to the continuous hacking and conversion of the devices. This is due to the natural and wrongful acts the Defendants have committed. They have been used to spy on Plaintiff; hack into his dating apps; bar him from connection with family members; and terrorized his business. Plaintiff has lost total value of property due to Defendant's trespass.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays for relief and judgment against Defendants as follows:

1. For preliminary and permanent injunction directing Defendants to comply with California Civil Code's §§ 1708.8(a), §§ 1708.7, and §§ 3336.

2. Award of all appropriate damages, including but not limited to statutory damages, general damages, and treble damages in amounts according to proof;

3. Award of all reasonable restitution for Defendants violations of California Civil Code mentioned in causes of action.

4. Reasonable attorney's fees, litigation expenses, and costs of suit in this action;

5. Prejudgment interest pursuant to California Civil Code §§; and

6. Such other and further relief as the Court deems just and proper.

## **DEMAND FOR TRIAL BY JURY**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff hereby demands a trial by jury on all issues so triable.

Dated: /- 27 . 2025

Richard Lara, Plaintiff

MY CIVIL RIGHTS IS A <u>CONTINOUS</u> VIOLATIONS ARE 24/7 24YRS
DIGITAL CIRCUIT INCARCERATION WITH OUT THE BARS (PRISON) A
DEATH SENTENCE.

2002 ON A VERZION FLIP PHONE (FCC ID BEJAX5000) A TEXT
    CAME THROUGH, WHEN INSTALLING AN HVAC SYSTEM IN OUR
    NEWLY PURCHASED PROPERTY FROM MY PARENTS, WHICH
    WAS THE HOME I GREW UP IN. SINCE THAT TEXT CAME IN
    MY LIFE COMPLETELY CHANGED AFTER THIS THIS TEXT MESSAGE
    THE FAMILY HOME CAME UNDER ATTACT SHORTLY AFTER A SMALL
    PLANE ARRIED WHEN ME AND MY WIFE WAS PUTTINE UP CHRISTMAS LIGHTS
    "SHE SAID THAT PLANE LOOKS LIKE ITS GOING FALL - IT WAS LOW SOUNDING
    LIKE IT WAS RUNNING OUT OF GAS - I TOLD HER IT'S THE GOVERMENT
    IT CIRCLIIED BACK AROUND AND THEN LEFT" THEN TV'S WERE DISTORTING
    LIKE WHEN THE TV PROGRAMS WAS SHOWING ME A VISION OF
    MURDER, THROUGH GUNS, DEAD BODYES ON THE FLOOR ECT.
    THE WERE GIVING ME DEATH THREATS CRIMINAL (P.C. 422) THROUGH THE
    DIGTAL CIRCUIT AND IT'S DEVISES.
    LIST OF DEVISES :

    CELL PHONES - TV'S - CPU'S - AVTO MOBLE'S - CONSTANT
    SATELLITES ENERGY BOMBARDMENT ON MY UNITED STATES POSTAL
    ADDRESS,

    BEING TRALLED ON MY DAILY WALK THOUGH THERE STREET SPOTTER'S
    AND THEIR AUT-MOBILES AND EVEN I LIVED IN A CODESALE BY A HIGHWAY
    I WALK TO THE DEADEND PASSAGE WAY TO THE PUENTE AVE HIGHWAY FOUND)
    A CHEVY TRUCK PARKED THERE WITH A REGULAR CPU SCREEN MY CPU
    SHOWED SOMEBODY WAS CLOSE BY SO I WALK UP TO THAT TRUCK IT TOOK OFF.
                    MORE INFOMATION ON THIS MATTER.

MY PERSONAL VEHICLE'S          EXHIBIT 2

THE BACKWEB TOOK OVER ALL OPERATING

SYSTEM'S

INTERFERING WITH OPERATION'S WHILE DRIVE
ON CITY STREET'S AND FREEWAY'S



View this car in the app.
★★★★★ (233K)

**VIEW**

Back to your 17 results

‹ Prev    2006 Ford Econoline E-250 for sale    Next ›
Nationwide





1 / 28

☑ ❶ ✕ Vehicle History Details

2001 Ford Ranger XLT Regular Cab

Exterior    Interior    Colors

By using this site, you agree to the use of cookies

MORE INFORMATION ON THESE MATTERS

EXHIBIT 3

VEHICLE'S MISSING  CHEVY MALIBU
FORD EXPLORER — DMV HAS ALL REGISTER
VEHICLE'S FROM 2001 TO PRESENT





BANKING FRAUD

## Manage Payments          Edit

PAYMENT METHODS

 **Visa**
•••• 1775 (Failed)                        >

Your default payment method is at the top.
Tap Edit to reorder or remove a payment
method.

### Add Payment Method                    >

You can use multiple payment methods with
your Apple ID. Learn which payment methods
are available in your country or region.

Add a Caption

**Monday · Jul 17, 2023 · 2:32 PM**        Adjust
⌾ IMG_2102

**Screenshot**                    

No lens information

EXHIBIT 5

LOCAL GAS STATION  LA VERNE
PERSONAL BANKING CARD DECLINE
GAS STATION  POS SCREEN





PERSONAL BANKING ATM

WELLS FARGO

EXHIBIT 6

MORE INFO ON THESE MATTERS

———→ DECLINE ———

LA VERNE WELLS FARGO ATM

RANCHO CUCAMONGA VICTORIA GARDENS ATM VIDEO WELL'S FARGO





BANKING PERSONAL

EXHIBIT 7

THESE COMMERCE CARDS GOT WIRE FRAUDED AT
THE SAME TIME ON SATURDAY MORING DURING AN
ON CALL WORK SCHULE ON A SERVICE CALL STARTED IN
LA VERNE END THE WORK DAY FONTANA




1 OF 2

PERSONAL BANKING OFFLINE

ACTIVITIES

BANK CARD DECLINED

WELLS FARGO BANK

EXHIBIT 8



EXHIBIT 9

## Your payment method was declined.

Tap Continue and update your payment information. If you cancel you may not be able to buy until this billing issue has

1 Week $14.9

ave 83%

6 Months :59.99

---

Saturday · Oct 28, 2023 · 1:19 PM        Adjust

IMG_3842

Screenshot                                PNG

No lens information
1 MP · 828 × 1792 · 879 KB

Add a location...

---

STATEMENT OF LAST 10 TRANSACTIONS                          PAGE 1

STATEMENT OF LAST 10 TRANSACTIONS                          PAGE 2

| CUSTOMER NO. XXXXXXX9019 | DATE 10/28/23 | TIME 10:51 AM | ATM NO. 8846A | LOCATION 441 W Whittie |
|---|---|---|---|---|

CHECKING                    XXXXXX5849

| NO. | DATE | TRANSACTION | | AMOUNT |
|---|---|---|---|---|
| | 10/28 | Current Posted Balance | | $931.78 |
| | 10/28 | Pending Withdrawals/Debits | | -$312.74 |
| | 10/28 | Pending Deposits/Credits | | $119.98 |
| | 10/28 | Available Balance | | $739.02 |

THANK YOU FOR BANKING WITH WELLS FARGO.



THESE LADIES
GOT BLOCK BY
CELL PHONE NO
APP'S EXCEIPT
NESS AS OF
11-24-24

11-24-24
MEET HER
DEAL-NO DATING
APP
NESS
CURRENT FRIEND/G.F
PHONE NUMBER
AVALIBLE

← CARMEN M.
1414 J ST    EXHIBIT
SAC    10
8-15-2023
SHE'S FROM CHISPAS
DATING APP 350 miles
AWAY - PHONE NUMBER AVAIL

MEET HER LOCAL-NODATING
APP
MARIE HAVEN'T HEARD
FROM HER SINCE THIS PICTURE
FROM WEST COVINA PESCADO
PHONE NUMBER AVAILABLE

MAY 5-2024

EXHIBIT 11

All LADIES GOT REMOVED FROM
MY PERSONAL CELL PHONE'S ON
DATING APP'S LISTED.



EXHIBIT 12

VISTING A FRIEND IN AZ
WHILE IN ROUTE THIS LADY GOT
REMOVE WHILE MESSAGING

THEY LET THE CONVERSATION GO ON UNTIL
WE ARE READY TO EXCHANGE MEET UP INFO THEN THEIR
GONE




THE 24/7 CRIMES AGAIST ME CROSS STATE LINE

EXHIBIT 13

THIS MESSAGING IS WHERE ALL
LADIES GET REMOVE RIGHT OFF MY
PHONE




EXHIBIT 14

LOGO

DATE OF TRANSFER

MARISSA
CHISPA'S *

11-5 23



**‹ Back**

6:13

Marissa, 55
**Roots:** Mexico

Good morning

Today 7:48 AM

Good morning

Happy Friday

Hi





**Jasslin**
↳ Hi


**Marissa**
↳ Hi


**Andrea A**
↳ Hi


**Mari**
↳ Hi


**Karen**
Good morning, thank you too 😊


**Mary**
↳ A compliment your structure is my type
of lady who ever has you is a Bless man...



NEW

EXHIBIT F

CHISPA'S — LADIES GETTING REMOVED DAILEY        9:16 AM
THIS PRETTY LADIE GOT REMOVED WITH IN HOURS LIKE THE REST

JASSLIN
CHISPA'S *



DATE REMOVED FROM CHISPA'S FAKE DATING APP   DATE: 10-25-23



THE REST OF THE PICTURES OF LADIES WILL ONLY
HAVE DATE'S — CHIPA'S MEMBERSHIP ONLY.

EXHIBIT 16

JASSLIN
CHISPAS ✳





11·5·23

EXHIBIT 17

JASSLIN
CHISPAS *



**Jasslin**
↰ Hi

10-28-23

BEGINNING



**Marissa**
↰ Hi



**Andrea A**
↰ Hi



**Mari**
↰ Hi



**Karen**
Good morning, thank you you too 😊

**Mary**
↰ A compliment your structure is my type
of lady who ever has you is a Bless man....

  NEW 👋

 

**Jasslin** 👋
↰ Sexy 🖤    *

 

**Makayla Morales**
↰ Hi Makayla

**Verito**
↰ Chula 🖤



**Karen**
Good morning, thank you you too 😊

Connect with Chispa Live!



⦿40    +1    ⦿532    ⦿13



11·5·23

EXHIBIT LR

THESE ARE THE 4 DATING APP'S TNAT i USED TO
GATNER NEW EDIVENCE AFTER MY DIVORCE AFTER 25YRS
OF TNESE CRIMAL TNEATS I AIREADY KNOW TNEY CAN'T
CONTROL TNEM SElFS, MORE INFO ON TNESE MATTERS





## Subscriptions     Done

### ACTIVE


**Chispa: Dating App for La...**
Chispa Subscriptions
Expiring October 27

### INACTIVE


**Christian Mingle**
Christian Mingle Premium S...
Expired August 5


**Apple Music**
Individual
Expired October 26


**Match.com**
Match
Expired July 27

eharmony: dating & real love
Match. Date. Find Real Love
Ad
★★★★☆ 31K   eHarmony.com   Lifestyle

**Your account has been disabled in the**

Add a Caption

Sunday · Sep 17, 2023 · 1:35 PM    Adjust
IMG_2959

Screenshot    
No lens information
1 MP · 828 × 1792 · 1.9 MB

1 of 2

EXHIBIT 14

( MOORE INFORMATION ON THIS MATTER )

THIS SCREEN SNOT SHOWS AFTER
"Oops" WAS REMOVED FROM CHISPA's
DATING APP

THIS SCREEN SHOT SHOWS
NORMAL ACTIVITIES BETWEEN
MAN & WOMAN

---

7:00                    100

**‹ Back**                    • • •



**Bri,** 20
**Roots:** United States

Chaspa's check this address out

7923 Bangor 92345 when i asked
for this it came to quickly
(military), i like perfect so wile they
were leading me on i also was
tech beaching for the Cross &
Country so i went to test that got
a pic of an empty house in
Hespaira. That's how a real

Add a Caption

**Sunday · Sep 17, 2023 · 7:00 AM**    Adjust

☁ IMG_2956

**Screenshot**                    PNG 📷

No lens information

---

4:46                    100

**‹ Back**                    • • •

**Bri,** 20
**Roots:** United States

Pretty lady

Thank you Richard

What's the plan for this weekend

Just slee

**Oops**
Unable to send message.
Please try again.

**OK**

Thanks Richard you're beautifully


You already know beauty

F2                         EXHIBIT 20

AFTER BRI KEYBOARD WAS OVER TAKEN I ASK FOR
HER ADDRESS HERS WERE THEY SEND ME, SO I WENT TO
THAT ADDRESS IT WAS A HOME FOR SALE, THERE'S A LOCKBOX
ON THE FENCE I LOOKED INSIDE FROM THE FRONT WINDOW
IT WAS EMPTY. I WAS EXPECTING THAT I WENT FOR THE PICTURE
HESPERIA CA 92344      MORE INFO ON THESE MATTERS



Saturday · Sep 16, 2023 · 12:49 PM     Adjust
☁ IMG_2946

Apple iPhone 11                         HEIF
Wide Camera — 26 mm ƒ1.8
12 MP · 4032 × 3024 · 3 MB

ISO32    26mm    0ev    ƒ1.8    1/3731s


**Cecy Avitia**
↰ Good morning pretty


**Bri** ✳
↰ Look at the name of the street the
usaf chose

Connect with Chispa Live!

  
♡5              ♡56             ♡17



Monday · Sep 18, 2023 · 8:37 AM     Adjust
☁ IMG_2971

Screenshot
No lens information

CHISPA DATE   BACK WED THOUGHT I WOULDN'T
TRAVEL 350 miles TO SEE THIS LADY. SPENT
3 DAYS WITH THIS LADY IN SACRAMENTO.
MORE INFO ON THIS DATE

1414 J ST DOWNTOWN SACRAMENTO
CARMEN   M   916 502 1190
↓





SACRAMENTO AIR PORT Rental

**Adventure in the absolute best car for your money.**

Name: Richard L.

Stall #:

License plate #:

Please note, allowing unauthorized drivers could result in the loss of insurance coverages and your future rental privileges.

J-32

Please complete at return

Odometer:
Date: 8-15-2023
Time:

○ I didn't buy gas.   ○ I bought gas and the fuel level is:

E  1/8  1/4  3/8  1/2  5/8  3/4  7/8  F

thrifty.com

EXHIBIT 22

CARMEN FROM CASPA DATE TRAVEL INFOMATION

PLANE INFO

HOTEL INFO





EXHIBIT 3

THIS IS SHOWING HOW THE DARK/BACK WEB
HAS FULL CONTROL OF MY I.P. ADDRESS

MY SETTING
↓

BACK WEB SETTING
↓





EXHIBIT T-2141

TRYED TO FILE A Complant WITH
USAF THE PEOPLE CONTRoLING
MY PERSONAL PNONE HUNG UP
    THE CALL UNABLE TO CONTACT USAF



Wednesday · Jul 19, 2023 · 11:02 AM   Adjust

IMG_2144

Screenshot

No lens information

EXHIBIT 25

# Air Force Office of Special Investigations



PHOTO DETAILS / DOWNLOAD HI-RES

Tuesday · Aug 1, 2023 · 3:25 PM

IMG_2319

**Screenshot**          PNG

No lens information      Adjust



AIR FORCE

Contact Me. A response is requested.

SUBMIT

## PHONE NUMBERS

Air Force Public Inquiries

○ (703) 697-3039

Tuesday · Aug 1, 2023 · 3:29 PM

IMG_2323

**Screenshot**          PNG

No lens information      Adjust

EXHIBIT 26

AFTER MY PROPERTY WAS ILLEGALY
CONFISCATED THESE SATILITES FOLLOW
ME TO MY FRIEND'S HOME (LIFE LONG FREIND)
AS OF 12-17-24 THESE SATILITES BEEN FOLLOWING
ME SINCE 2004 TO PRESENT
FROM BASSET 91746 TO LA HABRA HTS TO LAVERNE WHERE
I LIVE NOW





Wednesday · Sep 27, 2023 · 5:47 AM   Adjust

IMG_3158

Apple iPhone 11

Wide Camera — 26 mm f1.8

12 MP · 4032 × 3024 · 1.8 MB

SATILITES CRACK UP CEILING'S & SIDE WALLS
LIGHTS ECT DEPENDING WHERE I'M AT IN
MY LIVING SPACE. ( LA HOBRA HTS )





EXHIBIT 24

12 D 24

SATILITE ACTIVITIES

All THE TIME

LA VERNE







SATILITE ACTIVITIES
LA VERNE

12-24





SATILITE ACTIVITIES

LA VERNE



